United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-15143-amc
Michael Schnitzel                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Linda              Page 1 of 1              Date Rcvd: Sep 17, 2019
                            Form ID: pdf900          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2019.
```
db           +Michael Schnitzel,    12215 Medford Road,    Philadelphia, PA 19154-1817
14180297     +KML Law Group P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
               Philadelphia, PA 19106-1538
14245210      Northern Star Mortgage Fund, LLC,    c/o FCI Lender Services, Inc.,    PO Box 27370,
               Anaheim, CA 92809-0112
14195522      Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
               Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
14180298     +VFG Trust Corp,    100 Corporate Pointe Suite 382,    Culver City, CA 90230-7632
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:02     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 18 2019 03:49:50     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14201623      E-mail/Text: ally@ebn.phinsolutions.com Sep 18 2019 03:47:05     Ally Bank,    PO Box 130424,
               Roseville, MN 55113-0004
14262847      E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:03     City of Philadelphia,
               Law Department   Tax & Revenue Unit,    Bankruptcy Group, MSB,
               1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
14184881      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2019 03:49:03
               Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
               Harrisburg PA 17128-0946
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2019 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Michael  Schnitzel brad@sadeklaw.com,
               bradsadek@gmail.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor   Northern Star Mortgage Fund, LLC
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHAEL  SCHNITZEL | Chapter 13 |
| Debtor | Bankruptcy No. 18-15143-AMC |

## **O R D E R**

  **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: September 17, 2019**            _____
                                              Ashely M. Chan
                                              Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
MICHAEL  SCHNITZEL

12215 MEDFORD ROAD

PHILADELPHIA, PA 19154